A. W. HENTSCHEL, INC., Respondent, v. ROGER & McCAY, INC., Appellant, and Others, Defendants.— Motion for reargument denied, with ten dollars costs. Motion for stay denied. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

In the Matter of the Proceeding, under the Grade Crossing Elimination Act, for the Elimination of the Existing Highway-Railroad Crossing at Grade of the Railroad Operated by NEW YORK, ONTARIO AND WESTERN RAILWAY COMPANY and CHESTER-VAILS GATE COUNTY HIGHWAY No. 154, etc., in the Town of Cornwall, Orange County. (Case No. 5976.) NEW YORK, ONTARIO AND WESTERN RAILWAY COMPANY and Others, Appellants; DEPARTMENT OF PUBLIC WORKS and PUBLIC SERVICE COMMISSION, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

In the Matter of the Application of HUGO SEIDENBERG and ROSE SEIDENBERG, Appellants, for a Mandamus Order against EDWARD P. BURWELL, Superintendent of the Bureau of Buildings, Borough of Queens, City of New York, Respondent.— Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

MARTHA GONZALES LEFFINGWELL, Respondent, v. W. JULE DAY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Our decision is limited to the facts therein stated. If the trial court, for which the original motion should have been reserved, finds the facts to be otherwise, it will be free to apply appropriate and different rules of law. Practice motions such as this should be discouraged. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ. [See ante, p. 797.]

ISAAC LEVIN, Appellant, v. SOL LEVIN FIXTURES CORPORATION and Others, Respondents, and Others, Defendants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Stay continued for thirty days to enable appellant to apply to the Court of Appeals. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

JOSEPH STARK, Respondent, v. CLARK STORES, INC., Appellant.— Motion for leave to appeal to the Appellate Division granted. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

STERLING MOTOR TRUCK CO. OF NEW YORK, INC., Appellant, v. BELLA SCHUCHMAN, Respondent, and " JOHN DOE," the Name " John Doe " Fictitious, True Name Unknown to Plaintiff, Defendant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Stay granted for thirty days to enable appellant to apply to the Court of Appeals. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

STILLWELL THEATRE, INC., Respondent, v. SAM KAPLAN, as President, etc., Appellant. ROSEKAY AMUSEMENT CORPORATION, Respondent, v. SAM KAPLAN, as President, etc., Appellant. WINDSOR CIRCUIT CORPORATION, Respondent, v. SAM KAPLAN, as President, etc., Appellant.— Motion for reargument denied, Motion for leave to appeal to the Court of Appeals granted. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.